IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMAAL MCNEIL,<br><br>　　　　　　Defendant. | 4:24CR3048<br><br><br>**MEMORANDUM AND ORDER** |

　　Defendant has filed an Objection (Filing No. 294) to Magistrate Judge Jacqueline M. DeLuca's order dated October 29, 2024 (Filing No. 269). Magistrate Judge DeLuca's order sets an evidentiary hearing before her regarding Defendant's motions to suppress (Filing No. 236 and Filing No. 240).

　　Defendant's Objection to the Magistrate Judge's order is overruled. The undersigned has already ruled that the Magistrate Judge can, and will, hear the motions to suppress. (Filing No. 271.) The evidentiary hearing is scheduled to take place before Magistrate Judge DeLuca on December 19, 2024. It may go forward.

　　Accordingly,

　　**IT IS ORDERED** that Defendant's Objection (Filing No. 294) to the Magistrate Judge's October 29, 2024 order is overruled.

　　Dated this 6th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Susan M Bazis*
　　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States District Judge