IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3048 |
| vs. | |
| JAMAAL MCNEIL, | ORDER |
| Defendant. | |

    Defendant has filed two motions, each seeking review of rulings made by the Magistrate Judge. (Filing No. 288; Filing No. 293.) The arguments made by Defendant in these motions are duplicative of arguments Defendant made in other filings, which have already been addressed and ruled upon by the undersigned. (Filing No. 211; Filing No. 271.) Defendant's latest motions do not raise any new issues.

    Accordingly, for the reasons previously found by the Court,

    **IT IS ORDERED** that Defendant's motions seeking review of the Magistrate Judge's rulings (Filing No. 288; Filing No. 293) are denied.

    Dated this 14th day of November, 2024.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge