IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3048 |
| vs. | |
| JAMAAL MCNEIL, | ORDER |
| Defendant. | |

Plaintiff, United States of America, has filed a motion requesting that the Magistrate Judge clarify and/or reconsider her findings on pages 4 and 16 of her Findings, Recommendation and Order (Filing No. 323) concerning Investigator Brent Masek's credibility. (Filing No. 340.) This motion will need to be ruled upon before the Court can consider Defendant's Objection to that Findings, Recommendation and Order (Filing No. 324).

Accordingly,

**IT IS ORDERED** as follows:

1. The Findings and Recommendation and Order (Filing No. 323) is referred back to the Magistrate Judge for reconsideration based on Plaintiff's motion.

2. Plaintiff does not need to file its response to Defendant's Objection (Filing No. 324) until such time as the Magistrate Judge rules upon Plaintiff's Motion to Clarify and/or Reconsider (Filing No. 323). Plaintiff shall file its response to Defendant's Objection within 14 days of a ruling on Plaintiff's Motion to Clarify.

3. Plaintiff does not need to respond to Defendant motions found at Filing No. 325; Filing No. 327; Filing No. 328; Filing No. 329; Filing No. 330; Filing No. 331; Filing No. 332; Filing No. 333; Filing No. 335; Filing No. 336; Filing No. 338, unless otherwise ordered by the Court at a later date.

Dated this 5th day of March, 2025.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge