IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:24CR3048 |
| vs. | |
| JAMAAL MCNEIL, | ORDER |
| Defendant. | |

Pro se Defendant Jamaal McNeil filed a motion for release, Filing No. 330, and motion for teleconference, Filing No. 335, that the Court will consider in tandem. Defendant is moving to reopen detention and requests a hearing or conference on this issue.

The Court may reopen the detention hearing "at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2).

During Defendant's initial detention hearing, the Court granted the government's motion for detention after taking into account, amongst other considerations, the pretrial services report, Filing No. 8, and the presumption of detention that applies to Defendant's charges, s*ee* 18 U.S.C. § 3142(e). Filing No. 10 (minute entry). The Court reviewed Defendant's motions, as well as the pretrial services report and the Court's detention order, and finds there is no new information that has a material bearing on the issue as to whether there are conditions of release that will reasonably assure the appearance of

1

Defendant as required and the safety of any other person and the community. As such, there is no basis to reopen detention. Defendant's motions at Filing Nos. 330 and 335 are denied.

Additionally pending before the Court is the government's Motion to Clarify and/or Reconsider. Filing No. 340. The District Judge referred the undersigned's Findings and Recommendation and Order, Filing No. 323, back to the undersigned based on the government's motion. Filing No. 342. **Defendant shall respond to the government's Motion to Clarify and/or Reconsider on or before March 27, 2025**.

Accordingly,

IT IS ORDERED as follows:

1. Filing Nos. 330 and 335 are denied.
2. **Defendant shall respond to the government's Motion to Clarify and/or Reconsider, Filing No. 340, on or before March 27, 2025**.

Dated this 6th day of March, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2