IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:24CR3048 |
| JAMAAL MCNEIL, | MEMORANDUM AND ORDER |
| Defendant. | |

Now pending before the Court are multiple motions filed by *pro se* Defendant Jamaal McNeil, each requesting that I recuse myself from this case and that a different judge be assigned or that venue be changed. (Filing No. 443; Filing No. 444; Filing No. 445; Filing No. 446.) Defendant accuses me of bias and impartiality. Amongst other things, Defendant complains that I will not give him another suppression hearing, grant his motions, or recognize his constitutional or "god given" rights.

Recusal is required if a judge's impartiality might reasonably be questioned or where the judge has a personal bias or prejudice concerning a party. *United States v. Ali*, 799 F.3d 1008, 1017 (8th Cir. 2015) (quotation omitted). A judge must apply an objective standard of reasonableness in determining whether recusal is required. *United States v. Delorme*, 964 F.3d 678, 681 (8th Cir. 2020) (internal quotation omitted). "The question is whether the judge's impartiality might reasonably be questioned by the average person on the street who knows all the relevant facts of a case." *Id*. A party seeking recusal "carries a heavy burden of proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise." *Ali*, 799 F.3d at 1017.

I am not biased, for or against, any party to this case. Defendant's issues and complaints have all been decided in accordance with the law. While I understand that Defendant does not like or agree with my rulings, this does not provide a basis for recusal. If Defendant wants to appeal my rulings, he may certainly do so following trial in accordance with the proper rules and procedures.

Accordingly,

**IT IS ORDERED** that Defendant's motions (Filing No. 443; Filing No. 444; Filing No. 445; Filing No. 446) are denied.

Dated this 4th day of August, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge