IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMAAL MCNEIL,

    Defendant.

4:24CR3048

**MEMORANDUM AND ORDER**

    Defendant seeks a hearing regarding the Magistrate Judge's latest order, which denied—without prejudice—his request to issue subpoenas. (Filing No. 449; Filing No. 450.) One of the subpoenas sought documents from the United States Tax Court. Apparently, Defendant has now filed a petition in the United States Tax Court. The Tax Court generally handles disputes between taxpayers and the Internal Revenue Service, so it is unclear what relief Defendant seeks before that court. In any event, the Magistrate Judge's order did not preclude Defendant from subpoenaing documents. It only instructed him that he had to follow proper procedures to do so. Therefore, the tax court filings have no impact on this case and there is no need for a hearing to discuss this issue.

    Defendant has also filed a Motion for Extension of Time. (Filing No. 451.) He is requesting an extension of time to appeal the Magistrate Judge's recent order, as well as this Court's order of August 7, 2025 (Filing No. 449), which denied his request that the undersigned recuse herself from this case. Defendant's request for an extension of time is denied because no good cause has been shown.

    Accordingly,

    **IT IS ORDERED** that Defendant's Motion for Rehearing and Reconsideration (Filing No. 450) and Motion for Extension of Time (Filing No. 451) are denied.
'

Dated this 15th day of August, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge