IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:24CR3048 |
| JAMAAL MCNEIL, | MEMORANDUM AND ORDER |
| Defendant. | |

Now pending before the Court are Defendant's Motion to Return and Release Property (Filing No. 453) and Motion to Consolidate (Filing No. 454). The Court has previously addressed and denied the relief sought in Defendant's Motion to Return and Release Property. Further, Defendant has not asserted any legitimate grounds for relief in either motion.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Return and Release Property (Filing No. 453) and Motion to Consolidate (Filing No. 454) are denied.

Dated this 19th day of August, 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge