IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>JAMAAL MCNEIL,<br><br>                Defendant. | 4:24CR3048<br><br>MEMORANDUM AND ORDER |

Now pending before the Court are multiple motions filed by *pro se* Defendant Jamaal McNeil. (Filing No. 456; Filing No. 457; Filing No. 458; Filing No. 460; Filing No. 461; Filing No. 462; Filing No. 463.)

The majority of Defendant's motions request relief that has already been denied by the Court, including requests that he be released from custody, that property be returned, that bonds be refunded, and that liens and debts be deemed void or discharged. (Filing No. 456; Filing No. 457; Filing No. 458; Filing No. 460; Filing No. 461; Filing No. 462.) Defendant seeks an *ex parte* hearing to discuss these matters. (Filing No. 463.) Nothing has changed since the Court denied Defendant's earlier motions on these topics, and the Court will not reconsider its rulings. Therefore, these latest motions, including Defendant's request for a hearing, are denied.

Liberally construed, one of Defendant's motions (Filing No. 460) indicates that evidence should be excluded from trial because a state court has already excluded the same evidence. However, Defendant has not identified this previously excluded evidence or identified the state court or state court case number in which the same evidence was supposedly suppressed. Therefore, to the extent Defendant is seeking to exclude evidence at trial, this request is denied.

Accordingly,

**IT IS ORDERED** that Defendant's motions (Filing No. 456; Filing No. 457; Filing No. 458; Filing No. 460; Filing No. 461; Filing No. 462; Filing No. 463) are denied.

Dated this 5th day of September, 2025.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge