IN THE UNITED STATES DISTRICT COURT FOR THE UNITED STATES OF AMERICA DISTRICT COURT

| UNITED STATES OF AMERICA, plaintiff | Case No# 4:24-cr-3048 |
|---|---|
| vs. | Motion for Leave of Court to Dismiss the |
| JAMAAL ANDRE MCNEIL defendant | Case with Defendant Consent with Supporting Affidavit |

Comes Now, Jamaal A. McNeil, the defendant/prise attorney, would like to present to the court a Motion for Leave of Court to Dismiss the case with Defendant Consent as to Fed. Crim. R. P. 48, (a) and (b), 47 (a.+o d), with the supporting Affidavit.

"Respectfully submitted"

9/30/25

Jamaal A. McNeil #9044 - Prise Attorney - Secured Party Creditor
(S.C.L.E.C.) P.O. Box 911, Wilber Nebraska, 68465, No E-mail, No Fax, No Phone

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2025 OCT -6 AM 10:55

- Verification - Certificate of Service - Notarization -

I, Jamaal A. McNeil, would like to verify this Motion for Leave of Court to Dismiss the case with the Defendant consent/affidavit, is true and correct, to the best of my acknowledgment, as to the penalty of perjury law 28 U.S.C. 1746, and was prepaid postage via U.S. regular mailed to clerk of the U.S. District Court, 100 Centennial Mall, N. Lincoln, NE 68508, and request the clerk to forward the motion/affidavit, to the plaintiff by using the cm/ecf system) as to the Fed. Crim. P. Rule 49.

Respectfully Submitted

9/30/25
Dated

Jamaal A. McNeil #9044 - Prise Attorney - Secured Party Creditor
(S.C.L.E.C.) P.O. Box 911, Wilber Neb. 68465, No E-mail, No Fax, No Phone

IN THE UNITED STATES OF DISTRICT COURT FOR THE UNITED STATES OF AMERICA DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>plaintiff<br><br>vs.<br><br>JAMAAL ANDRE McNEIL<br>defendant | Case No# 4:24-cr-3048<br><br>Affidavit in Support of the Motion for Leave of Court to Dismiss case with defendant consent |

County of Saline )
State of Nebraska ) ss. I, Jamaal A. McNeil, would like to depose, declare, affirm and state that:

1) The defendant would like to state that: this case shall be dismiss, as the government has defendant consent also to dismiss this case, and defendant has evidence and discharge the debt, which is admissible to have this case dismissed.

2) The defendant would like to state that: The court shall also dismiss this case as the defendant has exclusive and exculpatory evidence facts and discharge the debt and this case/account shall be closed, herein with all the evidence, has been shown, in the motion for In Limine hearing in the Judges chambers, as there shall be NO pretrial conference or trial, just a letter of dismissal.

3) The defendant would like to state that: The defendant requested for disclosure evidence to the government, and the government has not produced the evidence and documents, which caused a Brady violation/Giglio violation/Jencks violation/Dunaway violation/Franks violations, and this New evidence which is exculpatory evidence will cause New hearings to be issued or have this case immediately dismissed, and the In Limine motion to be granted, and the defendant has brought this matter to the Court and the defendant shall not be denied relief of a dismissal, as the government has the defendant consent to dismiss this account/case, and also it's. The government's opposition to the motion to dismiss conceded that "at least some potential giglio material either was unaccounted for or had not been furnished in a timely manner" and focused on whether dismissal was "the appropriate remedy for untimely or inadequate Giglio disclosure" U.S. v. Chapman, 524 F.3d 1073, 1086-87 (9th Cir. 2008); and government caused prosecutor misconduct which the Law enforcement cause tampering and spoiled the evidence and obtained evidence from the fruit-of-the-poisonous tree doctrine, and even if the government do or don't produce the exculpatory evidence it will still cause the (prosecutor to have this) case to be dismissed.

The defendant pray the Court acknowledges this filling and grants this matter

Respectfully Submitted
9/30/25
Dated
                    Jamaal A. McNeil # Prose Attorney - Secured Party Creditor #1044
                    (S.C.C.C.) P.O. Box 911, Wilber NE 68465, No Phone, No Fax, No Email

-Verification - Certificate of Service - Notification-

I, Jamaal A. McNeil, verify the motion for leave to dismiss (with consent/all) this is True and Correct, to the best of my acknowledgment penalty perjury law, 28 § U.S.C. 1746, mailed to the clerk of the U.S. District Court, 100 Centennial Mall, Lincoln, NE 68508, prepaid postage, U.S. regular mailed and request to clerk forward this motion/affidavit to plaintiff (by using the CM/ECF system) as to the Fed. Crim. P. Rule 49.

Respectfully Submitted
9/30/25
Dated
                    Jamaal A. McNeil # Prose Attorney - Secured Party Creditor #1044
                    (S.C.C.C.) P.O. Box 911, Wilber, NE 68465, No Phone, No Fax, No E-mail

Sworn and sealed and signed, and Dated, before me, this herein, stated below:

9/30/25
Dated                Jamaal A. McNeil # Prose Attorney

State of Nebraska – General Notary
COLLETTE LOKKEN
My Commission Expires
September 19, 2026

Seal

9/30/25
Dated                Collette Lokken
                     NOTARY

2

Saline County Law Enforcement Center
From Inmate: Jamaal A. Mengil #4044
P.O. Box 911
Wilber, NE 68465
* Inmate Mail Uncensored *
* Inmate Legal Mail *

**RECEIVED**
OCT 0 6 2025
CLERK
U.S. DISTRICT COURT



OMAHA NE 680
4 OCT 2025 PM 4 L

Clerk of the United States
District Court
100 Centennial Mall, North
Lincoln, Nebraska
68508





*Legal Mail*