IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMAAL MCNEIL,

    Defendant.

4:24CR3048

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Jamaal McNeil's "Motion for Leave of Court to Release and Return All Property." (Filing No. 547.)  The Court has previously denied the relief Defendant seeks in this motion. Nothing has changed since the last time the Court denied Defendant's requested relief and the Court's earlier ruling will not be reconsidered.

Accordingly,

**IT IS ORDERED** that Defendant's "Motion for Leave of Court to Release and Return All Property" (Filing No. 547) is denied.

Dated this 10th day of October, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge