IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMAAL MCNEIL,<br><br>　　　　　Defendant. | 4:24CR3048<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 675). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On October 21, 2025, Judge Susan M. Bazis found the Defendant guilty (Filing No. 637) of Count I of the Indictment and further found that the Defendant shall forfeit the $853.00 and $2,495.00 both in United States currency.

　　　　2.　　Count I of the Indictment charged Defendant with violation of 21 U.S.C. § 841(a)(1) and 841(b)(1) and 21 U.S.C. § 851.

　　　　3.　　The Forfeiture Allegation of the Indictment sought the forfeiture of $853.00 and $2,495.00 both in United States currency seized on or about November 29, 2023, as "property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the offense."

　　　　4.　　By virtue of said guilty verdict, and the Court finding that Defendant shall forfeit the $853.00 and $2,495.00 both in United States currency, the United States should be entitled to possession of said currency pursuant to 21 U.S.C. § 853.

5. The Government's Motion for Preliminary Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 675) is granted.

2. Based upon the Court's finding on the Forfeiture Allegation of the Indictment and the guilty verdict, the Government is hereby authorized to seize the $853.00 and $2,495.00 both in United States currency.

3. Defendant's interest in the $853.00 and $2,495.00 both in United States currency is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $853.00 and $2,495.00 both in United States currency is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the United States currency and/or firearm(s), shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $853.00 and $2,495.00 both in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 7th day of November, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge