IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMAAL MCNEIL,<br><br>            Defendant. | 4:24CR3048<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 716.)   Having reviewed the record in this case, the Court finds as follows:

1.      On November 7, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $853.00 and $2,495.00 both in United States currency. (Filing No. 676.)

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on November 11, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on January 14, 2026. (Filing No. 715.)

3.      The United States advises the Court that no party has filed a petition regarding the subject Property.   From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      Plaintiff's Motion for Final Order of Forfeiture (Filing No. 716) is granted;

2.      All right, title and interest in and to the $853.00 and $2,495.00 both in United States currency seized from the Defendant on or about November 29, 2023, held by any person or entity are forever barred and foreclosed;

3.      The $853.00 and $2,495.00 both in United States currency are forfeited to the Government; and

4.      The Government is directed to dispose of that currency in accordance with the law.

Dated this 29th day of January, 2026.


                                        BY THE COURT:


                                        _Susan M Bazis_____
                                        Susan M. Bazis
                                        United States District Judge