IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMAAL MCNEIL,

Defendant.

**4:24CR3048**

**MEMORANDUM AND ORDER**

On May 21, 2024, Defendant Jamaal McNeil was indicted on one count of possession with intent to distribute fifty grams or more of methamphetamine (actual) while he had a previous conviction for a serious drug felony. (Filing No. 1.) The Indictment also included a forfeiture allegation. (Filing No. 1.)

On October 21, 2025, following a bench trial, Defendant was found guilty of Count I of the Indictment. The Court also found that the Government proved the forfeiture allegation contained in the Indictment and Defendant had a prior serious drug felony as alleged in the Indictment and a separate Information. Defendant was sentenced on January 29, 2026 to a term of incarceration and a term of supervised release. (Filing No. 722; Filing No. 725.) At the sentencing hearing, the Court overruled his objections to his prior convictions, his objection to the forfeiture allegation, and his oral motion for rehearing on all his previous motions. (Filing No. 722.) The Court heard Defendant's objections to the presentence report. Defendant's objections were overruled (Filing No. 722), and judgment (Filing No. 725) was entered. The Court then heard Defendant's oral motion regarding bond and his oral motion to suspend his sentence for 14 days, which were overruled. (Filing No. 722.) Following the hearing, the Court issued a Final Order of Forfeiture (Filing No. 727), which forfeited all right, title and interest to the $853.00 and $2,495.00 in currency seized from Defendant on or about November 29, 2023 to the Government.

On February 2, 2026, Defendant filed multiple motions (Filing No. 728; Filing No. 729; Filing No. 730; Filing No. 731; Filing No. 732; Filing No. 733; Filing No. 734; Filing No. 735;

Filing No. 736; Filing No. 737; Filing No. 738; Filing No. 739).  The relief sought and issues raised in these motions have already been addressed by the Court, and the Court will not reconsider its rulings.  Several of Defendant's most-recent motions also include requests that this Court's orders and his conviction, sentence, and judgment be vacated and that he be acquitted and released from custody.  (*See* Filing No. 728; Filing No. 729; Filing No. 730; Filing No. 731; Filing No. 735; Filing No. 736; Filing No. 738; Filing No. 739.) These requests are denied as there is no legitimate basis to grant the relief Defendant seeks and the motions are frivolous.

Accordingly,

**IT IS ORDERED** that Defendant's motions filed on February 2, 2026 (Filing No. 728; Filing No. 729; Filing No. 730; Filing No. 731; Filing No. 732; Filing No. 733; Filing No. 734; Filing No. 735; Filing No. 736; Filing No. 737; Filing No. 738; Filing No. 739) are denied.

Dated this 4th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2