IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMAAL MCNEIL,

Defendant.

**4:24CR3048**

**MEMORANDUM AND ORDER**

On May 21, 2024, Defendant Jamaal McNeil was indicted with one count of possession with intent to distribute fifty grams or more of methamphetamine while he had a previous conviction for a serious drug felony. (Filing No. 1.) The Indictment also included a forfeiture allegation. (Filing No. 1.) On October 21, 2025, following a bench trial, Defendant was found guilty of Count I of the Indictment. The Court also found that the Government proved the forfeiture allegation contained in the Indictment and Defendant had a prior serious drug felony as alleged in the Indictment and a separate Information (Filing No. 380) Defendant was sentenced on January 29, 2026 to a term of incarceration and a term of supervised release, and judgment was entered. (Filing No. 722; Filing No. 725.) Following the hearing, the Court issued a Final Order of Forfeiture (Filing No. 727), which forfeited all right, title and interest to the $853.00 and $2,495.00 in currency seized from Defendant on or about November 29, 2023 to the Government.

On February 5, 2026, Defendant filed multiple motions (Filing No. 741; Filing No. 742; Filing No. 743; Filing No. 745; Filing No. 746; Filing No. 747; Filing No. 748; Filing No. 749; Filing No. 750; Filing No. 751; Filing No. 752; Filing No. 753). These motions will all be denied as they raise issues previously addressed by the Court and/or are frivolous.

Accordingly,

**IT IS ORDERED** that Defendant's motions (Filing No. 741; Filing No. 742; Filing No. 743; Filing No. 745; Filing No. 746; Filing No. 747; Filing No. 748; Filing No. 749; Filing No. 750; Filing No. 751; Filing No. 752; Filing No. 753) are denied.

Dated this 6th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge