IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMAAL MCNEIL,

Defendant.

4:24CR3048

MEMORANDUM AND ORDER

On May 21, 2024, Defendant Jamaal McNeil was indicted with one count of possession with intent to distribute fifty grams or more of methamphetamine while he had a previous conviction for a serious drug felony. (Filing No. 1.) The Indictment also included a forfeiture allegation. (Filing No. 1.) On October 21, 2025, following a bench trial, Defendant was found guilty of Count I of the Indictment. The Court also found that the Government proved the forfeiture allegation contained in the Indictment and Defendant had a prior serious drug felony as alleged in the Indictment and a separate Information (Filing No. 380) which subjects Defendant to an enhanced penalty.[1] (Filing No. 637.) Defendant was sentenced on January 29, 2026 to a term of incarceration and a term of supervised release. (Filing No. 722; Filing No. 725.) Following the sentencing hearing, the Court issued a Final Order of Forfeiture (Filing No. 727), which forfeited all right, title and interest to the $853.00 and $2,495.00 in currency seized from Defendant on or about November 29, 2023 to the Government.

Now pending before the Court are three motions filed by Defendant. (Filing No. 755; Filing No. 756; Filing No. 758.) Because these motions request relief that was already addressed by the Court and/or are frivolous, they will be denied.

**IT IS ORDERED** that Defendant's motions (Filing No. 755; Filing No. 756; Filing No. 758) are denied.

Dated this 9th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

---

[1] Defendant has been proceeding *pro se* throughout these proceedings. Defendant represented himself at trial, with the assistance of standby counsel.