IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAAL MCNEIL,<br><br>Defendant. | **4:24CR3048**<br><br>**MEMORANDUM AND ORDER** |

On May 21, 2024, Defendant Jamaal McNeil was indicted with one count of possession with intent to distribute fifty grams or more of methamphetamine while he had a previous conviction for a serious drug felony. (Filing No. 1.) The Indictment also included a forfeiture allegation. (Filing No. 1.)

On October 21, 2025, following a bench trial, Defendant was found guilty of Count I of the Indictment. The Court also found that the Government proved the forfeiture allegation contained in the Indictment and Defendant had a prior serious drug felony as alleged in the Indictment and a separate Information (Filing No. 380) which subjects Defendant to an enhanced penalty.[1] (Filing No. 637.) Defendant was sentenced on January 29, 2026 to a term of incarceration and a term of supervised release. (Filing No. 722; Filing No. 725.)

At the sentencing hearing, the Court overruled Defendant's objections to his prior convictions, his objection to the forfeiture allegation, and his oral motion for rehearing on all his previous motions. (Filing No. 722.) The Court also heard Defendant's objections to the presentence report and the Government's brief. Defendant's objections were overruled (Filing No. 722), and judgment (Filing No. 725) was entered. The Court then heard Defendant's oral motion regarding bond and his oral motion to suspend his sentence for 14 days, which were overruled. (Filing No. 722.)

---

[1] Defendant has been proceeding *pro se* throughout these proceedings. Defendant represented himself at trial, with the assistance of standby counsel.

Following the sentencing hearing, the Court issued a Final Order of Forfeiture (Filing No. 727), which forfeited all right, title and interest to the $853.00 and $2,495.00 in currency seized from Defendant on or about November 29, 2023 to the Government.

Defendant has filed a motion for leave to object to the presentence report and the Government's brief. (Filing No. 760.) Defendant also seeks a rehearing regarding his objections. (Filing No. 760.) This request will be denied. The Court has already addressed Defendant's objections to the presentence report and the Government's brief, and Defendant is not entitled to a rehearing pertaining to his objections. To the extent Defendant's present motion sets out an objection that was not previously before the Court, it is untimely. The Court advised Defendant in the Court's ruling at Filing No. 718, that any objections not contained in his previous motion for leave, Filing No. 717, would not be considered.

Accordingly,

**IT IS ORDERED** that Defendant's motion for leave to object to the presentence report and the Government's brief (Filing No. 760) is denied.

Dated this 10th day of February 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2